# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2021 ND 125

State of North Dakota,                                    Plaintiff and Appellee

v.

Justin James Crites,                                    Defendant and Appellant

### No. 20200356

Appeal from the District Court of Williams County, Northwest Judicial District, the Honorable Kirsten M. Sjue, Judge.

AFFIRMED.

Per Curiam.

Nathan K. Madden, Assistant State's Attorney, Williston, ND, for plaintiff and appellee; submitted on brief.

Laura C. Ringsak, Bismarck, ND, for defendant and appellant; submitted on brief.

# State v. Crites
## No. 20200356

**Per Curiam.**

[¶1]   Justin James Crites appeals from a criminal judgment entered after a jury found him guilty of manslaughter. Crites argues the evidence at trial was insufficient to support his conviction for manslaughter. He also argues the district court erred in denying his two motions for a mistrial. Viewing the evidence in the light most favorable to the verdict, we conclude substantial evidence exists that could allow a jury to draw a reasonable inference in favor of conviction. Additionally, we conclude the court did not abuse its discretion in denying Crites' motions for a mistrial. We summarily affirm under N.D.R.App.P. 35.1(a)(3) and (4).

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte